## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NASSAU  )

ARIF ALTINTAS, being sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in West Islip, NY.

On **August 10, 2020**, at **11:30am**, I served the within:

**SUMMONS AND COMPLAINT,**
**Schotte, et. al. v. Sawasdee LLC, et. al., 20-CV-3520**

on    **SAWASDEE LLC**

by delivering a true copy to:

**AJ, Sawasdee LLC, 395 South Oyster Bay Road, Plainview, NY 11803**

who stated that **he** was authorized to accept service of process.

The person served is described as follows:

(Male)     Female

White Skin
Black Skin
(Brown Skin)

Hair Color: _Black_

Approx. age: _30_ years old

Approx. height: _6'10_

Approx. weight: _180_ lbs.

_____
ARIF ALTINTAS

Sworn to before me this _10th_ day of _August_, 2020

_____
NOTARY PUBLIC

RAYMOND NARDO
Notary Public, State of New York
No. 02NA5012039
Qualified in Nassau
Commission Expires on June 15, 2023