UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PETCHARAT SCHOTTE, VEERAWAN
PANKONG, and JUTHAMAD
SUKTAWEEM,

                          Plaintiffs,

    -against-

SAWASDEE LLC, JOHN CONRAD, and
WALAILAK CONRAD,

                         Defendants.
----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-3520 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On August 3, 2021, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiffs Petcharat Schotte, Veerawan Panknog and Juthamad Suktaweem, and Defendants Sawasdee LLC, John Conrad and Walailak Conrad submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [19]. On August 5, 2021, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [20].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Electronic Order dated June 25, 2021.

(S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York        **SO ORDERED.**
        August 5, 2021

                                                  /s/ Steven I. Locke
                                                  STEVEN I. LOCKE
                                                  United States Magistrate Judge